UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **FILED** |
| Plaintiff, ) | AUG 2 1 2008 |
| ) | U. S. DISTRICT COURT |
| v.            ) No. | E. DISTRICT OF MO. |
| ) | |
| JAMES MWAIPUNGU ) | |
| a/k/a JULIO RIVERA-RODRIGUEZ ) | 4:08CR00502  JCH |
| a/k/a JOSEPH A. HUCKABY, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 20, 2008, in the Eastern District of Missouri,

**JAMES MWAIPUNGU,
a/k/a JULIO RIVERA-RODRIGUEZ,
a/k/a JOSEPH A. HUCKABY,**

the defendant herein, did knowingly make a false statement in an application for a passport, with the intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the Defendant stated that his name was Julio Alberto Rivera-Rodriguez, that he lived at 5826 Helen Avenue, Jennings, Missouri, that his Social Security number was 583-xx-xxxx, and that his birth date was December 5, 1971, all of which statements he knew to be false.

In violation of, and punishable under, Title 18, United States Code, Section 1542.

## COUNT TWO

The Grand Jury further charges that:

On or about June 20, 2008, in the Eastern District of Missouri,

**JAMES MWAIPUNGU,
a/k/a JULIO RIVERA-RODRIGUEZ,
a/k/a JOSEPH A. HUCKABY,**

the defendant herein, during and in relation to a violation of violation of Title 18, United States Code, Section 1542 knowingly used without lawful authority a means of identification of another person; to wit the defendant used identity information, including the name, Social Security Account Number and date of birth of a person referred to herein as J.R.

In violation of 18, United States Code Section 1028A(a)(1).

A TRUE BILL

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

_____
MATTHEW T. SCHELP, #94363
Assistant United States Attorney